**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

IN RE ROWE PLASTIC SURGERY LITIGATION,

22-CV-7900 (JLR) (OTW)
22-CV-8713 (JLR) (OTW)
22-CV-9328 (JPC) (OTW)
22-CV-9427 (AT) (OTW)
23-CV-1373 (RA) (OTW)
23-CV-6206 (SHS) (OTW)
23-CV-7049 (JHR) (OTW)
23-CV-8140 (JGK) (OTW)
23-CV-8297 (LGS) (OTW)
23-CV-8509 (SHS) (OTW)
23-CV-8512 (ER) (OTW)
23-CV-8514 (LJL) (OTW)
23-CV-8504 (JLR) (OTW)

**AMENDED ORDER**

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' October 11 joint status letters and Plaintiffs' October 18 letters requesting a settlement conference in the above captioned cases.[1]

On December 22, 2023, the above captioned cases were stayed pending the appeal of *Rowe Plastic Surgery of New Jersey, L.L.C. v. Aetna Life Insurance Co.* (*See, e.g.*, Index No. 22-cv-7900, ECF 50). The stay is hereby **EXTENDED** to **November 30, 2024.**

The Court will hold a Confidential Attorneys Only Settlement Call on **November 21, 2024, at 2:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

Plaintiffs' request for leave to conduct discovery is **DENIED** in light of the stay.

---

[1] Plaintiffs also filed letters in cases where the District Judge has not referred any matters to the undersigned.

The Clerk of Court is respectfully directed to strike ECF 35, which was filed in error.

**SO ORDERED.**

Dated: October 22, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge