# Lewin & Baglio, LLP
Attorneys and Counselors at Law

Partners:
Lev J. Lewin, Esq.
Michael P. Baglio, Esq.

1100 Shames Drive
Suite 100
Westbury, NY 11590
(516) 307-1777 (Office)
(516) 307-1770 (Fax)

January 22, 2025

**VIA ECF**

Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-131

**RE: ROWE PLASTIC SURGERY OF LONG ISLAND, P.C. & NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C. against AETNA LIFE INSURANCE COMPANY; 1:22-cv-09328-JPC-OTW; REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION**

Your Honor:

Lewin & Baglio, LLP, represents the Plaintiff(s) in the above matter. We write to request an extension of our time to submit objections to Magistrate Judge Wang's Report and Recommendation ("R +R) issued of January 14, 2025, which reconsidered her R+R of January 13, 2025.

Plaintiffs' objections to Magistrate Judge Wang's R + R of January 14, 2025, are due January 28, 2025. We seek to extend that time to January 31, 2025. This is Plaintiffs' first request for an extension of time. Counsel for Defendant takes no position regarding this request.

Lewin & Baglio, LLP, is available at the Court's convenience to answer any questions concerning this request.

Respectfully,

By: Brendan J. Kearns
Lewin & Baglio, LLP
Attorneys for Plaintiffs

CC: All Counsel via ECF

L&B File No.: 2132.COM.22(F)

The instant request is granted. Plaintiffs' objections to Judge Wang's Report and Recommendation shall be due on or before January 31, 2025. The Clerk of Court is respectfully directed to close Docket Number 47.

SO ORDERED
Date: January 23, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge