**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROWE PLASTIC SURGERY OF LONG ISLAND,
P.C. and NORMAN MAURICE ROWE,
M.D., M.H.A., L.L.C,

                    Plaintiffs,

    -against-                                     22 **CIVIL** 9328 (JPC)

                                                    **<u>JUDGMENT</u>**

AETNA LIFE INSURANCE COMPANY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 24, 2025, the Court adopts the Report and Recommendation and the Reconsideration Order. Plaintiffs' Complaint is dismissed with prejudice for failure to state a claim and without leave to amend; accordingly, judgment is entered in favor of Aetna and the case is closed.

**Dated:**  New York, New York

      November 25, 2025

                                                     **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                   **BY:** _____
                                           **Deputy Clerk**